IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-178-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| FERNAN SANCHEZ, JR., ) | |
| ) | |
| Defendant. ) | |

The United States shall file a response to response to Sonia Benitez-Cardoso's petition to assert third-party interest in real property [D.E. 67] not later than October 30, 2020.

SO ORDERED. This 11 day of October 2020.

JAMES C. DEVER III
United States District Judge