IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:18-CR-178-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **CONSENT ORDER AS TO** |
| v. | ) | **PETITIONER SONIA BENITEZ-** |
| | ) | **CARDOSO** |
| FERNAN SANCHEZ, JR. | ) | |

On or about April 29, 2020, the Court entered a Preliminary Order of Forfeiture in this criminal matter preliminarily forfeiting, among other things, a parcel of real property located at 304 South Pine Street, Warsaw, North Carolina (the "Pine Street Real Property") [D.E. 62.] On July 8, 2020, Petitioner Sonia Benitez-Cardoso ("Benitez"), through counsel, filed a Claim and Petition contesting the forfeiture of the Pine Street Real Property to the extent that she possessed a leasehold interest in the property. [D.E. 55.] The Parties have informed the Court of the following:

A. They have settled the litigation in this matter pursuant to a written settlement agreement.

B. Pursuant to the settlement agreement, Benitez, on behalf of herself, her heirs, her successors, and assigns, has agreed to disclaim any and all right, title, and interest in the Pine Street Real Property that has been preliminarily forfeited to the United States and has expressly agreed to the forfeiture of the Pine Street Real Property to the United States pursuant to a Final Order of Forfeiture.

## ORDER

In view of the foregoing, and based on the consent of the United States and Benitez as reflected below, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. In accordance with Rule 32.2(c)(1)(A) of the Federal Rules of Criminal Procedure, the Claim and Petition filed by Benitez with respect to the Pine Street Real Property is granted.

2. The United States shall pay Benitez the sum of $95,000.00 from the net proceeds of the sale of the Pine Street Real Property.

3. Subject only to the payment set forth above, Benitez, on behalf of herself, her heirs, her successors, and assigns, disclaims any right, title, and interest in the Pine Street Real Property that has been preliminarily forfeited to the United States and expressly agrees to the forfeiture of the Pine Street Real Property to the United States pursuant to a Final Order of Forfeiture.

4. Each party shall bear its own attorneys' fees, costs, and expenses in this litigation.

SO ORDERED this 2 day of December, 2020.

JAMES C. DEVER, III
United States District Judge

2

CONSENTED TO BY:

12/1/20
DATE

*(signature)*
JOHN E. HARRIS
Assistant United States Attorney
Eastern District of North Carolina

12-1-20
DATE

*(signature)*
JOHN P. O'HALE
Law Office of John P. O'Hale, P.A.
Attorney for Petitioner Sonia Benitez-Cardoso

3