IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18CR00178-001D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| FERNAN SANCHEZ, JR., | ) | ORDER TO UNSEAL |
| Defendant, | ) | |
| v. | ) | |
| SECURITY MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, | ) | |
| Garnishee. | ) | |

Upon motion of the United States, it is hereby ORDERED that the government's Application for Writ of Garnishment [D.E. #79] and the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [D.E. #85, 86] in the above-captioned case be unsealed.

This the 14 day of April, 2021.

JAMES C. DEVER III
United States District Court Judge