# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Fernan Sanchez Jr.**                                    **Docket No. 7:18-CR-178-1D**

### Petition for Action on Supervised Release

COMES NOW Haley Huntley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Fernan Sanchez Jr., who, upon an earlier plea of guilty to Count One - Supplemental Nutrition Assistance Program Fraud and Aiding and Abetting, in violation of 7 U.S.C. § 2024(a), 7 U.S.C. § 2024(b)(1) and 18 U.S.C. § 2 and Count Two - Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h) and 18 U.S.C. § 1956(a)(1), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on April 29, 2020, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Fernan Sanchez Jr. was released from custody on January 13, 2022, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** As a condition of supervision, the defendant was ordered to pay restitution in the amount of $464,385.60. The Court ordered the defendant to make payments in the amount of $1,000.00 monthly until his restitution balance is paid in full. As of the date of this report, the defendant has a balance due of $431,897.00 and is currently $3,611.58 in arrears on his payments. A financial investigation was completed, and it was determined that the defendant can make payments in the amount of $50.00 monthly. The defendant has agreed to abide by this payment plan.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. Restitution in the amount of $431,897.00 shall be paid in installments at the rate of $50.00 per month until paid in full, with the first payment due on August 30, 2022.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing is
                                                true and correct.


/s/ Keith W. Lawrence                           /s/ Haley Huntley
Keith W. Lawrence                               Haley Huntley
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                150 Rowan Street Suite 110
                                                Fayetteville, NC 28301
                                                Phone: 910-354-2533
                                                Executed On: August 4, 2022

### ORDER OF THE COURT

Considered and ordered this __8__ day of __August__, 2022, and ordered filed and made a part of the records in the above case.


____Dever____
James C. Dever III
U.S. District Judge